Order issued September 21, 2012



In The

## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-09-01381-CV

### REBECCA JONES AND MARK JONES, Appellants

### V.

### MARY ANN PREWITT, M.D., Appellee

## ORDER

Before Justices O'Neill, Richter, and Francis

Appellants' July 2, 2012 Motion for New Hearing is **DENIED**.

MOLLY FRANCIS
JUSTICE